UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
SANGAMON TRANSPORTATION GROUP,

          Plaintiff,

- against -

THE GREAT PACIFIC INC.,

          Defendant.
---------------------------------------------------------X

07 CV 6428 (GEL)

ECF CASE

## NOTICE OF VOLUNTARY DISMISSAL

Please take notice, there having been no appearance from the defendant that the above-captioned matter be and hereby is voluntarily dismissed without prejudice and without costs to any party pursuant to Federal Rule of Civil Procedure 41(a). Further, the July 16, 2007 Ex Parte Order for Process of Maritime Attachment is vacated and any and all funds held under attachment pursuant to the Order shall be released.

Dated: New York, NY
      July 17, 2007

THE PLAINTIFF,

By: _____
Lauren C. Davies (LD 1980)
Thomas L. Tisdale (TT 5263)
TISDALE LAW OFFICES, LLC
11 West 42nd Street, Suite 900
New York, NY 10036
Tel. (212) 354-0025 / Fax (212) 869-0067
ldavies@tisdale-law.com
ttisdale@tisdale-law.com

SO ORDERED,

_____
U.S.D.J.

7/23/07